# UNITED STATES DISTRICT COURT
for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

CHARLES SALINAS

*Defendant*

MAGISTRATE JUDGE: JAMES B. CLARK, III

CASE NO.        21-mj-10097-MAH-1

DATE OF PROCEEDINGS: 3/2/2021

DATE OF ARREST: 3/2/2021

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD   [x] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.        DATE:_____
- [ ] DETENTION/BAIL HRG.             DATE:_____
- [ ] TRIAL: [ ] COURT [ ] JURY       DATE:_____
- [ ] SENTENCING                      DATE:_____
- [ ] OTHER:_____                DATE:_____

**APPEARANCES:**

AUSA: George Brandley

DEFT. COUNSEL: Stacy Biancamano, CJA

PROBATION:_____

INTERPRETER_____
            Language:

TIME COMMENCED: 4:13 p.m.
TIME TERMINATED: 4:21 p.m.
CD NO: Zoom

Stephen Bond

Stephen Bond, Deputy Clerk