# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>CHARLES SALINAS<br>*Defendant* | MAGISTRATE JUDGE: JAMES B. CLARK, III<br><br>CASE NO. 21-mj-10097-MAH-1<br><br>DATE OF PROCEEDINGS: 5/26/2021<br><br>DATE OF ARREST: 5/26/2021 |

**PROCEEDINGS:** Bail Review Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $150,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.          DATE: _____
- [ ] DETENTION/BAIL HRG.               DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY         DATE: _____
- [ ] SENTENCING                        DATE: _____
- [ ] OTHER: _____                    DATE: _____

**APPEARANCES:**

AUSA: George Brandley

DEFT. COUNSEL: Stacy Biancamano, CJA

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 12:10 p.m.
TIME TERMINATED: 12:26 p.m.
CD NO: Zoom

Stephen Bond
Stephen Bond, Deputy Clerk