PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Charles Salinas**  Docket No. **2:21-mj-10097-MAH-1**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW ANDREW J. DZIOPA PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Charles Salinas**, who was placed under pretrial release supervision by the **HONORABLE JAMES B. CLARK** sitting in the Court at **Newark, New Jersey**, on **May 26, 2021**, on a $150,000 Unsecured Appearance Bond cosigned by Shalonda Singley.  The following conditions were also imposed:

1. The defendant shall be released into the third-party custody of Ms. Shalonda Singley.
2. Pretrial Services Supervision.
3. Home Incarceration with location monitoring.
4. Surrender all passports/travel documents. Do not apply for new travel documents.
5. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
6. Maintain current residence or a residence approved by Pretrial Services.
7. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
8. No contact with co-defendant's unless in the presence of counsel.
9. Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest:
10. The defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing to be scheduled.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __29th__ day of __July__, __2021__ and ordered filed and made a part of the records in the above case. | Executed on _____July 29, 2021_____ |
| __s/James B. Clark, III__<br>James B. Clark III<br>United States Magistrate Judge | ANDREW J. DZIOPA<br>U.S. Pretrial Services Officer |