# UNITED STATES DISTRICT COUT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable James B. Clark, U.S.M.J. |
| | : 21-MJ-10097-1 |
| vs. | : |
| | : **ORDER** |
| CHARLES SALINAS | : |

**THIS MATTER** having come before the Court on the application of defendant, Charles Salinas (by Stacy Biancamano, Esq.); and Pretrial Services (by Andrew Dziopa, USPTSO) having no objection to the entry of the Order; and the United States (by Megan Linares, AUSA) deferring to the position of Pretrial Services; and for good cause shown;

**IT IS** on this   10th   day of  February  , 2022;

**HEREBY ORDERED:**

1) That Defendant's release conditions are modified so as to place him on Home Detention, with electronic monitoring, with exceptions for the following: stationary/verifiable employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

2) The condition requiring a Third Party Custodian is removed.

3) Defendant is permitted to relocate to 61 Park Place, Apartment 2D, Irvington, New Jersey.

4) All other conditions remain in full force and effect.

                                                   s/James B. Clark, III
                                       Honorable James B. Clark, U.S.M.J.