UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable James B. Clark, U.S.M.J. |
| | : 21-MJ-10097-1 |
| vs. | : |
| | : **ORDER** |
| CHARLES SALINAS | : |

**THIS MATTER** having come before the Court on the application of defendant, Charles Salinas (by Daniel Holzapfel, Esq.); and Pretrial Services (by Rhonda LeGrand, USPTSO) taking no position as to the entry of the Order; and the United States (by Brian Gillet, AUSA) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this   18th   day of   November  , 2022;

**HEREBY ORDERED:**

1) That Defendant's release conditions are modified to remove the condition of Home Detention and place him on a GPS monitored curfew with hours to be set by Pretrial Services subject to a review in 60 days to ensure continued compliance.

2) All other conditions remain in full force and effect.

  s/James B. Clark, III  
Honorable James B. Clark, U.S.M.J.